O

FILED
CLERK, U.S. DISTRICT COURT
OCT 10 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **18-2677M** |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | · Allegations of Violations of |
| **Patricia Fey Hillier** ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the **Southern Dist. of Cal.** involving alleged violations of conditions of probation/~~supervised release~~:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. ( ) the appearance of defendant as required; and/or

    B. (✗) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

   _See PSA report_

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on:

   _See PSA report_

   IT IS ORDERED that defendant be detained.

   DATED: 10-10-18

   Frederick F. Mumm
   United States Magistrate Judge